In the Matter of HEDWIG PETERMICHL, Appellant, v JOHN H. DOMINGUEZ, as Director of Hudson River Psychiatric Center, et al., Respondents.

Special Term's determination that petitioner waived her right to a disciplinary hearing is supported by the evidence submitted and no hearing on this issue was warranted. Lazer, J. P., Gibbons, O'Connor and Weinstein, JJ., concur.